THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MOHAN GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| STEADFAST INSURANCE COMPANY, CONSTITUTION INSURANCE COMPANY, ATEGRITY SPECIALTY INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY, and STARR SPECIALTY INSURANCE COMPANY, | § § § § § § § § § § | CIVIL ACTION NO. 6:23-cv-00323-JDK |
| Defendants. | § § | |

## JOINT NOTICE OF SETTLEMENT

Please let this Notice of Settlement serve to notify the Court that Plaintiff Mohan Group, LLC and Defendants Steadfast Insurance Company, Constitution Insurance Company, Ategrity Specialty Insurance Company, Allied World Assurance Company, and Starr Specialty Insurance Company (collectively the "Parties") have reached a settlement in this matter that resolves all disputes between the Parties. The Parties are currently finalizing the settlement terms and payment. The Parties anticipate that they will submit an Agreed Motion to Dismiss with Prejudice within 60 days of the date of the execution of settlement documents.

*[Signatures on following pages]*

Respectfully submitted,

By:   /s/ *Todd M. Tippett*
    Todd M. Tippett
    Texas Bar No. 24046977
    ttippett@zellelaw.com
    Austin J. Taylor
    Texas Bar No. 24125862
    ataylor@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANTS CONSTITUTION INSURANCE COMPANY, LLC SERIES X-13 DBA JKL GROUP INSURANCE, ATEGRITY SPECIALTY INSURANCE COMPANY, AND PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY**

**AND**

By:  */s/ Nohayia Javed*  (with permission)
    Nohayia Javed
    Texas Bar No. 24074482
    attorney@javedlawfirm.com
    Dan D. Simmonds
    Texas Bar No. 24027980
    dsimmonds@javedlawfirm.com

**THE JAVED LAW FIRM, PLLC**
1107 Babcock Road, Suite 4
Balcones Heights, TX 78201
Telephone:    832-360-0476
Facsimile:    281-605-5020

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record on July 21, 2025, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE as follows:

Nohayia Javed
attorneyjaved@gmail.com
Dan D. Simmonds
dsimmonds@javedlawfirm.com
JAVED LAW FIRM, PLLC
1107 Babcock Road, Suite 4
Balcones Heights, TX 78201
Telephone: 832-360-0476
Facsimile: 281-605-5020

**ATTORNEYS FOR PLAINTIFF**

                /s/ Todd M. Tippett
                Todd M. Tippett